## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF NEW YORK

---

**Raphael Carrera**

    vs.

**T. R. Craig**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**  9:05-CV-1510

\_\_\_\_  **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**  **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PETITIONER'S PETITION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MARCH 3, 2006.

Dated:  March 3, 2006

*(signature)*
Clerk of Court

<u>s/S. Potter</u>
By:  Deputy Clerk